UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRUSTEES OF THE EMPIRE STATE CARPENTERS
WELFARE, PENSION ANNUITY, APPRENTICESHIP,
CHARITABLE TRUST, LABOR MANAGEMENT
COOPERATION AND SCHOLARSHIP FUNDS,

          DEFAULT JUDGMENT
          CV-11-5373 (SJF)(WDW)

          Plaintiffs,

      - against -

JPR 2, INC.,

          Defendant.
------------------------------------------------------------------------X

FILED
CLERK
12/12/2012 4:43 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

    An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on June 15, 2012, directing the defendant JPR 2 Inc. ("Defendant") to provide, within thirty (30) days of the date of entry of the June 15, 2012 Order, the necessary payroll and related records for the period of July 1, 2008 through and including the date of entry of judgment, to the Trustees of the Empire State Carpenters Welfare, Pension Annuity, Apprenticeship, Charitable Trust, Labor Management Cooperation and Scholarship Funds' ("Plaintiffs" or the "Funds") auditors as to allow for the performance of a payroll audit on behalf of the Funds; directing the Defendant to remit any unpaid and unreported contributions as may be determined by the audit sought herein, together with interest accrued thereon at the prime rate and continuing until payment is received, with liquidated damages in an amount equal to twenty (20%) percent of the foregoing contributions; directing the Defendant to pay the cost of the audit, as well as any fees and costs incurred in the execution of any judgment awarded, as set forth in the Agreements and Section 502(g) of ERISA, as amended, 29 U.S.C. § 1132(g); directing the Defendant to pay Plaintiffs' attorney's fees and the costs of this action in the amount of Two Thousand and Five

Hundred and Twenty-Two Dollars and 62/100 ($2,522.62); and directing that the Court shall retain jurisdiction of this case pending compliance with the foregoing, it is

**ORDERED AND ADJUDGED** that defendant JPR 2 Inc. ("Defendant") shall provide, within thirty (30) days of the date of entry of the June 15, 2012 Order, the necessary payroll and related records for the period of July 1, 2008 through and including the date of entry of judgment, to the Trustees of the Empire State Carpenters Welfare, Pension Annuity, Apprenticeship, Charitable Trust, Labor Management Cooperation and Scholarship Funds' ("Plaintiffs" or the "Funds") auditors as to allow for the performance of a payroll audit on behalf of the Funds; that Defendant shall remit any unpaid and unreported contributions as may be determined by the audit sought herein, together with interest accrued thereon at the prime rate and continuing until payment is received, with liquidated damages in an amount equal to twenty (20%) percent of the foregoing contributions; that Defendant shall pay the cost of the audit, as well as any fees and costs incurred in the execution of any judgment awarded, as set forth in the Agreements and Section 502(g) of ERISA, as amended, 29 U.S.C. § 1132(g); that Defendant shall pay Plaintiffs' attorney's fees and the costs of this action in the amount of Two Thousand and Five Hundred and Twenty-Two Dollars and 62/100 ($2,522.62); and that the Court shall retain jurisdiction of this case pending compliance with the foregoing.

Dated: Central Islip, New York
December 12, 2012

DOUGLAS C. PALMER
CLERK OF THE COURT

By:  /s/ Catherine Vukovich
Deputy Clerk